Fred French, appellant, v. Melvin Johnson et al., appellees.
Suit to reform and enforce a contract placing land in the hands of an agent for sale. Bill dismissed for want of equity. Appeal from the Circuit Court of White county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

Creighton & Thomas and Conger & Elliott, for appellant. Joe A. Pearce and Mills & Forth, for appellees; C. C. Boggs, of counsel.

Mr. Justice Barry delivered the opinion of the court.

---

Nelson Page, by Jesse Page, appellee, v. James C. Davis, director general of railroads, appellant.
Action for personal injuries received while loading a car on defendant's track. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

E. B. Vandervort, Kramer, Kramer & Campbell and R. H. Wiechert, for appellant; Morison R. Waite, of counsel. Charles H. Holt and George W. Smith, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

First National Bank of Trenton, New Jersey, appellee, v. Sandoval Zinc Company, appellant.
Assumpsit upon a trade acceptance. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

Noleman, Smith & Dallstream, for appellant. Charles H. Holt and E. D. Telford, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

Fannie M. Van Velson, administratrix of the estate of Alonzo G. Van Velson, deceased, plaintiff in error, v. Chicago, Burlington & Quincy Railroad Company, defendant in error.
Action for wrongful death of plaintiff's husband, a station agent, while riding on a speeder which was struck by a work train. Judgment for defendant on a directed verdict. Error to the Circuit Court of Jefferson county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

William H. Green and Curtis Williams, for plaintiff in error. Noleman, Smith & Dallstream, for defendant in error; J. A. Connell, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

---

W. T. Carr, appellant, v. William Conrad, appellee.
Action for commission for the sale of a farm. Judgment for defendant. Appeal from the Circuit Court of Clinton county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

H. G. Weber, for appellant. Murray & Niehoff, for appellee.

Mr. Justice Boggs delivered the opinion of the court.